**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

BARRON'S OUTFITTERS, INC. and
MARMER CONSTRUCTION, INC.

       Plaintiffs

vs.

DELUXE CORPORATION

       Defendant.

CIVIL ACTION NO. 3:14-cv-01903-MGL

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the parties hereby stipulate to dismissal with prejudice of this action, with each party to bear its own costs and attorneys' fees, and with all rights of appeal waived. None of the rights of any putative class members, except Barron's Outfitters, Inc. and Marmer Construction, Inc., shall be released or otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED this 17th day of June, 2016.

       /s Lance S. Boozer
       Lance S. Boozer (Fed ID# 10418) (SC Bar# 75803)
       Counsel for the Plaintiffs and the putative class

THE BOOZER LAW FIRM, LLC
807 Gervais Street
Suite 203
Columbia, SC 29201
Tele: 803-608-5543

Fax:  803-926-3463
Email:  lsb@boozerlawfirm.com


J. Matthew Stephens
**MᴄCᴀʟʟᴜᴍ, Mᴇᴛʜᴠɪɴ & Tᴇʀʀᴇʟʟ, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:     (205) 939-0199
Facsimile:     (205) 939-0399
E-mail:          mstephens@mmlaw.net
*Pro Hac Vice*


Edward A. Broderick
Anthony Paronich
**Bʀᴏᴅᴇʀɪᴄᴋ Lᴀᴡ, P.C.**
99 High Street, Suite 304
Boston, MA  02110
Telephone:     (617) 738-7080
E-mail:          ted@broderick-law.com
                     anthony@broderick-law.com
*Pro Hac Vice*


Matthew P. McCue
**Tʜᴇ Lᴀᴡ Oғғɪᴄᴇ ᴏғ Mᴀᴛᴛʜᴇᴡ P. MᴄCᴜᴇ**
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone:     (508) 655-1415
Facsimile:     (508) 319-3077
E-mail:          mmccue@massattorneys.net


*Pro Hac Vice*


Counsel for Defendants,

/s/ John T. Lay
John T. Lay
Childs C. Thrasher
GALLIVAN, WHITE & BOYD, P.A.
1201 Main St., Suite 1200
Columbia, SC 29201

Michael D. Reif
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402

Dated:  June 17, 2016

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing to the parties listed below by filing it with the court's electronic case filing system, on this the 17th day of June, 2016, as follows:

John T. Lay
Childs C. Thrasher
GALLIVAN, WHITE & BOYD, P.A.
1201 Main St., Suite 1200
Columbia, SC 29201

Michael D. Reif
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402

*/s/ Lance S. Boozer*
Lance S. Boozer